# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

RAMEL MOSLEY, : No. 69 MM 2022
:
Petitioner :
:
:
:
v. :
:
:
:
COURT OF COMMON PLEAS OF :
LUZERNE COUNTY, :
:
Respondent :

## ORDER

**PER CURIAM**

    **AND NOW**, this 4th day of November, 2022, the Application for Leave to File Original Process is GRANTED. To the extent Petitioner seeks a writ of mandamus prompting the Court of Common Pleas of Luzerne County to dispose of his June 2020 petition for return of property, the Petition for Writ of Mandamus and/or Extraordinary Relief is GRANTED. The Court of Common Pleas of Luzerne County is DIRECTED to dispose of Petitioner's June 2020 petition for return of property within 90 days. In all other respects, the Petition for Writ of Mandamus and/or Extraordinary Relief is DENIED.